**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC STATES CREDIT CO.,<br>a sole proprietorship of Jeff Allen<br>McCoon, | CASE NO. CV-F-07-786 LJO DLB |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| vs. | |
| RPI MORTGAGE INCORPORATED<br>and KENNETH W. JACOBSEN, | |
| Defendants. | |
| _____/ | |

Upon review of the file in this matter, the Court notes that Plaintiff did not serve a copy of the summons or complaint to Defendants.  To date, no answer or other responsive pleading has been filed, no Scheduling Conference Statement was filed, as required by the local rules of this Court, and  Plaintiff has failed to prosecute this action.  Therefore, this Court orders:

      1.    Plaintiff is hereby ordered to show cause, in writing, **on or before November 19, 2007**, why this action should not be dismissed for failure to serve Defendants properly and file a scheduling conference statement;

      2.    A hearing on the Order to Show Cause is set for **November 26, 2007 at 8:15 a.m.** in **Courtroom 4 (LJO)**; and

      2.    The November 6, 2007 initial scheduling conference is vacated.

IT IS SO ORDERED.

**Dated:   October 31, 2007**        **/s/ Lawrence J. O'Neill**
                           UNITED STATES DISTRICT JUDGE