# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STATES CREDIT CO., a sole proprietorship of Jeff Allen McCoon,<br>　　　　Plaintiff,<br>　　vs.<br>RPI MORTGAGE INCORPORATED and KENNETH W. JACOBSEN,<br>　　　　Defendants.<br>_____ / | CASE NO. CV-F-07-786 LJO DLB<br><br>**ORDER TO DISMISS** |

　　　On November 26, 2007, this Court held a hearing pursuant to the Order To Show Cause that had been issued. The hearing took place in Courtroom 4 (LJO), pursuant to this Court's November 1, 2007 order. Plaintiff Pacific States Credit Company, a sole proprietorship of Jeff Allan McCoon ("Plaintiff"), was ordered to show cause why this action should not be dismissed for failure to serve Defendants RPI Mortgage Incorporated and Kenneth W. Jacobsen ("Defendants") and for failure to file a scheduling conference report.

　　　On May 31, 2007, almost five months ago, Plaintiff filed this action. Since that time, Plaintiff failed to serve Defendants with a summons and complaint, in violation of the Federal Rules of Civil Procedure. Pursuant to this Court's rules, Plaintiff was required to file a scheduling conference report no later than 7 days prior to the November 6, 2007 initial scheduling conference. None was filed. On November 1, 2007, this Court ordered Plaintiff to show cause why this case should not be dismissed. In that order, Plaintiff was ordered to show cause in writing by November 19, 2007 and ordered to appear before this Court on November 26, 2007. No writing was filed and Plaintiff did not appear at

1   the November 26, 2007 hearing.

2       On November 21, 2007, this Court received a voice message from Jeff Allan McCoon, indicating
3   that he had difficulty finding a service agent, and requested a continuance. Leaving a phone message
4   at the Court is an improper avenue for making such a request. Further, no good cause was shown
5   regarding Plaintiff's failure to comply with the Federal Rules of Civil Procedure and this Court's local
6   rules. Moreover, Plaintiff failed to comply with this Court's order to show cause.

7       The Court finds that Plaintiff does not wish to prosecute this action and has not prosecuted this
8   action properly. Accordingly, this Court orders this case to be DISMISSED. The clerk is directed to
9   CLOSE this action.

10   IT IS SO ORDERED.

11   **Dated:   November 26, 2007**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

2